Jennifer C. Terry (Cal. Bar 200541)
(*Pro Hac Vice Pending*)
REED SMITH LLP
355 South Grand St.
Los Angeles, CA 90017
Telephone:  (213) 457-8183
jennifer.terry@reedsmith.com

Gregory M. Saylin, 9648
Tyson C. Horrocks, 12557
Sarah A. Hafen, 16466
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
GMSaylin@hollandhart.com
TCHorrocks@hollandhart.com
SAHafen@hollandhart.com

*Attorneys for Defendant Operation Underground Railroad, Inc.*

**IN THE UNITED STATES DISTRICT COURT,
CENTRAL DIVISION, STATE OF UTAH**

| | |
|---|---|
| JORDANA BREE RIGHTER,<br><br>　　Plaintiff,<br><br>v.<br><br>TIMOTHY BALLARD, an individual and as the ALTER-EGO of OPERATION UNDERGROUND RAILROAD, INC., a Utah non-profit corporation; and as the ALTER-EGO of DEACON, INC., a Nevada corporation; MATTHEW COOPER, an individual,<br><br>　　Defendants. | **NOTICE OF REMOVAL**<br><br>Case No. 2:23-cv-00917<br><br>Judge: _____ |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Operation Underground Railroad ("Defendant" or "O.U.R."), hereby gives notice of removal of the action captioned *Jordana Bree Righter v. Timothy Ballard, et al.*, Case No. 230908862, from the Third Judicial District Court, in and for Salt Lake County, State of Utah, where this action commenced, to the United States District Court for the District of Utah, Central Division, the district embracing the place where this action is pending. Defendant further states as follows:

1. Pursuant to 28 U.S.C. § 1446(a), the following sets forth a short and plain statement of the grounds for removal. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332. This case may be removed pursuant to 28 U.S.C. § 1441 because (i) removal is timely, (ii) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs (the Complaint alleges in excess of $300,000), (iii) the parties are citizens of different states/territories, (iv) this Court is the proper venue, and (v) all defendants that have been served in this action join in this Notice of Removal.

**TIMELINESS OF REMOVAL**

2. On November 20, 2023, Plaintiff Jordana Bree Righter ("Plaintiff") filed an action against the defendants captioned and styled *Jordana Bree Righter v. Timothy Ballard, et al.*, Case No. 230908862, in the Third Judicial District Court, in and for Salt Lake County, State of Utah (the "State Court Action"). A copy of the Complaint is attached as **Exhibit A**.

3. On December 15, 2023, O.U.R. accepted service of the Complaint. Upon information and belief, Defendant Timothy Ballard is the only other defendant that has been formally served. Mr. Ballard consents to the removal of this action and joins in this Notice of Removal.

4. The Proofs of Service and the Complaint are the only records in the state court proceeding. Pursuant to DUCiv 81-2(b)(4), a copy of the complete state court record is attached as **Exhibit B**.

5. Pursuant to DUCiv 81-2(b)(2), a current copy of the state court docket sheet is attached as **Exhibit C**.

6. There is no operative scheduling order or notice of event due dates yet in the matter.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within thirty days of formal service on O.U.R. *See R.M. v. Dennis, Jackson, Martin & Fontela, P.A.*, No. 2:20-cv-00064-DB, 2020 WL 1309974, at *3 (D. Utah Mar. 19, 2020) ("'A named defendant's time to remove' is not triggered 'by mere receipt of the complaint unattended by any formal service.'") (quoting *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999)).

## DIVERSITY JURISDICTION

8. This Court has diversity jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000 as prescribed by 28 U.S.C. § 1332.

**A.   Complete Diversity**

9. At the time the Complaint was filed, at the time of removal, and at all intervening times, upon information and belief, Plaintiff is and has been a citizen of Virginia. *See* Compl. ¶ 1.

10. At the time the Complaint was filed, at the time of removal, and at all intervening times, Defendant O.U.R. is and has been a Utah 501(c)(3) non-profit corporation was and continues to be incorporated under the laws of the State of Utah with its principal place of business in Utah. *See* Compl. ¶ 3; *see also* 28 U.S.C. § 1332(c)(1) (stating that, for purposes of determining

3

whether diversity jurisdiction exists, a corporation is a citizen of the state in which it has its principal place of business).

11. At the time the Complaint was filed, at the time of removal, and at all intervening times, upon information and belief, Defendant Timothy Ballard is and has been a citizen of Utah. *See* Compl. ¶ 2.

12. At the time the Complaint was filed, at the time of removal, and at all intervening times, upon information and belief, Defendant Matthew Cooper is and has been a citizen of Utah. *See* Compl. ¶ 6.

13. At the time the Complaint was filed, at the time of removal, and at all intervening times, upon information and belief, Defendant Deacon, Inc., is a Nevada corporation was and continues to be incorporated under the laws of the State of Nevada with its principal place of business in Nevada. *See* Compl. ¶ 4.

14. Thus, there is complete diversity as the Plaintiff and Defendants are citizens of different states. *See* 28 U.S.C. §§ 1332(a), (c)(1).

**B.** **The Amount in Controversy Requirement is Satisfied**

15. Removal is proper under 28 U.S.C. 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. An express allegation of the amount of controversy is not required to establish diversity jurisdiction. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Brown v. Nationwide Ins. Co.*, No. 21-4122, 2023 U.S. App. LEXIS 15965, at *10 (10th Cir. June 26, 2023) (quoting *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 88-89 (2014)).

4

17. Plaintiff asserts "[p]ursuant to Rule 26(c)(3) of the Utah Rules of Civil Procedure, the amount in controversy exceeds $300,000 qualifying this claim for Tier 3 discovery." *See* Compl. ¶ 9.

18. O.U.R. denies that Plaintiff is entitled to any relief. Nonetheless, a review of Plaintiff's Complaint establishes an amount in controversy in excess of the $75,000 statutory limit.

## COMPLIANCE WITH PROCEDURAL REQUISITES

19. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal shall promptly be served on counsel for Plaintiff and filed with the Clerk for the Third Judicial District Court, in and for Salt Lake County, State of Utah.

13. O.U.R. will serve upon counsel for Plaintiff a copy of this Notice of Removal and the Notice of Removal to the United States Federal Court filed with the Clerk for the Third Judicial District Court, in and for Salt Lake County, State of Utah.

14. In compliance with 28 U.S.C. § 1446(a), this Notice of Removal is signed by counsel pursuant to Fed. R. Civ. P. 11.

15. By removing this Action to this Court, O.U.R. does not waive any defenses, objections, or motions available to it under state or federal law, including without limitation personal jurisdiction, venue, standing, or failure to state a claim upon which relief can be granted.

16. Because the State Court Action is pending in the Third Judicial District Court, in and for Salt Lake County, State of Utah, removal to this District Court is proper under 28 U.S.C. § 1441(a). In accordance with 28 U.S.C. § 84(c)(3), this Court includes the county in which

Plaintiff filed this lawsuit. Therefore, this action is properly removed to this Court under 28 U.S.C. § 1446(a).

17. In accordance with 28 U.S.C. § 1446(b)(2)(A), all defendants that have been served join in the removal of this action. By joining this Notice of Removal, the defendants consent to the removal of this action.

18. O.U.R. reserves the right to amend this Notice of Removal as appropriate and reserve the right to file additional support for this Notice of Removal by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument. If any question arises as to the propriety of the removal to this Court, O.U.R. requests the opportunity to present a brief and oral argument in support of their position that this case has been properly removed.

20. THEREFORE, O.U.R. requests that the above-referenced action in the Third Judicial District Court, in and for Salt Lake County, State of Utah, be removed to this Court, and requests that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for trial.

DATED this December 20, 2023.

        REED SMITH LLP

        */s/ Jennifer C. Terry*
        Jennifer C. Terry (Cal. Bar 200541)
        (*Pro Hac Vice Pending*)

        HOLLAND & HART LLP

        */s/ Gregory M. Saylin*
        Gregory M. Saylin
        Tyson C. Horrocks
        Sarah A. Hafen

*Attorneys for Defendant Operation Underground Railroad, Inc*

ARMSTRONG TEASDALE LLP

*/s/ Brennan Moss (signed with permission)*
Brennan Moss
Trinity Jordan

*Attorneys for Defendant Tim Ballard*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2023, I caused a copy of the foregoing **NOTICE OF REMOVAL** to be served via email to the following:

> Suzette Rasmussen
> ALL UTAH LAW PLLC
> Michael K. Green
> GREEN LAW OFFICE PLLC
> 136 W. 12300 S., Ste. B
> Draper, UT 84020
> *suzette@allutahlaw.com*
> *mike@mikegreenlegal.com*
>
> Alan W. Mortensen
> Lance L. Milne
> Christopher J. Cheney
> Joshua S. Ostler
> MORTENSEN & MILNE
> 68 South Main Street, Suite 700
> Salt Lake City, UT 84101
> *amort@mortmilnelaw.com*
> *lmilne@mortmilnelaw.com*
> *ccheney@mortmilnelaw.com*
> *jostler@mortmilnelaw.com*
>
> *Attorneys for Plaintiff*
>
> Brennan H. Moss
> Trinity Jordan
> ARMSTRONG TEASDALE LLP
> 222 South Main Street, Ste. 1830
> Salt Lake City, UT 84101
> *bmoss@atllp.com*
> *tjordan@atllp.com*
>
> *Attorneys for Defendant Timothy Ballard*

/s/ Gregory M. Saylin